**Fill in this information to identify the case:**

Debtor name __**Zen Restoration Inc**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NEW YORK__

Case number (if known) __**1-22-40809**__

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:   List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Menkos Corp./ Gleason<br>64-01 Roosevelt Avenue<br>Woodside, NY 11377 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Additional Notice__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,911.82 |
|---|---|---|---|
| | Abbot Paint<br>238 Egle Street<br>Brooklyn, NY 11222 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Unpaid bill__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,805.18 |
|---|---|---|---|
| | Allan Mcilvain<br>501 Market Street<br>Marcus Hook, PA 19061 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Unpaid bill - judgment__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | Angel Diaz<br>c/o Joseph & Norinsberg<br>225 Broadway, Ste 2700<br>New York, NY 10007 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Unpaid Wages__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Zen Restoration Inc** | | Case number (if known) | **1-22-40809** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30,397.61 |
|---|---|---|---|
| | **Bank Direct - Insurance**<br>**150 North Field Drive**<br>**Ste 190**<br>**Lake Forest, IL 60045** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Unpaid bill** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Bartlomeij Kochanczyk**<br>**c/o Joseph & Norinsberg**<br>**225 Broadway, Ste 2700**<br>**New York, NY 10007** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Unpaid Wages** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $875,000.00 |
|---|---|---|---|
| | **Bernard Sobus**<br>**c/o Zen Restoration, Inc.**<br>**273 Russell Street**<br>**Brooklyn, NY 11222** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **Various years** | Basis for the claim:  **Loans/monetary contributions to the Debtor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,412.00 |
|---|---|---|---|
| | **Bilski Lukasz**<br>**102 India Street #4L**<br>**Brooklyn, NY 11222** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Unpaid Wages** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $179,233.34 |
|---|---|---|---|
| | **Black, Marjieh & Sanford**<br>**100 Clearbrook Road**<br>**Suite 345**<br>**Elmsford, NY 10523** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **2020** | Basis for the claim:  **Disputed legal fees** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Bogdan S Koscielny**<br>**c/o Joseph & Norisberg**<br>**225 Broadway, Ste 2700**<br>**New York, NY 10007** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Unpaid Wages** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $550.00 |
|---|---|---|---|
| | **BPNY**<br>**PO Box 2068**<br>**Astoria, NY 11102** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Unpaid bill** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Zen Restoration Inc | Case number (if known) | 1-22-40809 |
|---|---|---|---|
| | Name | | |

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,587.00**

**Brozyna Robert**
**60-25 74th St**
**Middle Village, NY 11379**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Unpaid Wages**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,515.00**

**Cabuco Matias**
**1412 Dekalb Ave., Apt# 2L**
**Brooklyn, NY 11237**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Unpaid Wages**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,301.00**

**Caiza Carlos**
**37-40 59th Street**
**Woodside, NY 11377**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Unpaid Wages**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,192.50**

**Campos Pasten**
**Salatiel Enrique**
**5101 Hillyer St**
**Elmhurst, NY 11373**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Unpaid Wages**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,013.37**

**Capital One**
**PO Box 85015**
**Richmond, VA 23285**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **judgment**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,456.00**

**Castro Jose**
**35-20 94th St Apt#2E**
**Jackson Heights, NY 11372**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Unpaid Wages**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Cezary Sawicki**
**c/o Robert Wisniewski**
**17 State Street, Ste 820**
**New York, NY 10004**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Unpaid Wages**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Zen Restoration Inc**  Case number (if known)  **1-22-40809**

Name

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Chimborazo Fausto** | ☐ Contingent | |
| | **51-01 Hillyer Street, #3F** | ☐ Unliquidated | |
| | **Elmhurst, NY 11373** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Unpaid Wages - case in the labor department** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350,000.00 |
|---|---|---|---|
| | **Chomnalez case** | ☐ Contingent | |
| | **179 East 71st Street** | ☐ Unliquidated | |
| | **Townhouse** | ■ Disputed | |
| | **New York, NY 10021** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **partialy paid - outstanding balance approx.** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,364.42 |
|---|---|---|---|
| | **Con Edison** | ☐ Contingent | |
| | **4 Irving Place** | ☐ Unliquidated | |
| | **New York, NY 10003** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Unpaid bill** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,633.58 |
|---|---|---|---|
| | **Connecticut Saw & Yool** | ☐ Contingent | |
| | **140 Avon Street** | ☐ Unliquidated | |
| | **Stratford, CT 06615** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Unpaid bill** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,180.00 |
|---|---|---|---|
| | **Daniec Zdzislaw** | ☐ Contingent | |
| | **1760 66 Street** | ☐ Unliquidated | |
| | **Brooklyn, NY 11204** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Unpaid Wages** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Dariusz Stopyra** | ☐ Contingent | |
| | **c/o Joseph & Norinsberg** | ☐ Unliquidated | |
| | **225 Broadway, Ste 2700** | ■ Disputed | |
| | **New York, NY 10007** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Unpaid Wages** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,059.97 |
|---|---|---|---|
| | **DeLage Landen** | ☐ Contingent | |
| | **1111 Old Eagle School Rd** | ☐ Unliquidated | |
| | **Suite 1** | ■ Disputed | |
| | **Wayne, PA 19087** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Unpaid bill** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Zen Restoration Inc** | Case number (if known) | **1-22-40809** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,176.00** |
| | **Dota Jonny** <br> **43-18 Elbertson Street** <br> **Elmhurst, NY 11373** | ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Unpaid Wages** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,851.00** |
| | **Dota Jose** <br> **43-18 Elbertson Street** <br> **Elmhurst, NY 11373** | ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Unpaid Wages** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,182.36** |
| | **Everest National Insuranc** <br> **100 Everest Way** <br> **Warren, NJ 07059** | ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Unpaid bill** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Fromelc Marian** <br> **83-25 98th Str, #5G** <br> **Woodhaven, NY 11421** | ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Unpaid Wages** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| | **Gabor Fazekas** <br> **75-59 Metropolitan Ave** <br> **Middle Village, NY 11379** | ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Unpaid Wages** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,152.00** |
| | **Galindo Samuel** <br> **109-26 Westside Ave** <br> **Corona, NY 11368** | ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Unpaid Wages** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,441.00** |
| | **GILSON/McPHEE** <br> **7975 N Central Drive** <br> **Wayne, PA 19087** | ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Unpaid bill** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Zen Restoration Inc | Case number (if known) | 1-22-40809 |
|---|---|---|---|
| | Name | | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,302.47 |
|---|---|---|---|

**Gleason Paint**
**65-01 Roosevelt Ave**
**Woodside, NY 11377**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unpaid bill - judgment**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,221.44 |
|---|---|---|---|

**Grant Supplies**
**39-15 21st Street**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unpaid bill**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Greenpoint Mixed Use, LLC**
**Jaspan Schlesinger, LLP**
**300 Garden City Plaza**
**5th Floor**
**Garden City, NY 11530**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Foreclosure Action**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Henryk Sagan**
**c/o Joseph & Norinsberg**
**225 Broadway, Ste 2700**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unpaid Wages**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,457.00 |
|---|---|---|---|

**Jeglinski Roman**
**1474 East 32nd Street**
**Brooklyn, NY 11234**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unpaid Wages**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Johnny PD Torres**
**c/o Joesph & Norinsberg**
**225 Broadway, Ste 2700**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **unpaid wages**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jose I. Guazhima**
**c/o Joseph & Norinsberg**
**225 Broadway, Ste 2700**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unpaid Wages**

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **Zen Restoration Inc** | Case number (if known) | **1-22-40809** |
|---|---|---|---|
| | Name | | |

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Jose R. D. Torres**
**c/o Joseph & Norinsberg**
**225 Broadway, Ste 2700**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Unpaid Wages__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Joseph & Norinsberg, LLC**
**110 East 59th Street**
**Suite 3200**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Notice only-Representing numerous FLSA Plaintiffs in Case against Debtor__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,100.00**

**Julio M. Caraballo**
**24-05 Marion Avenue, #6A**
**Bronx, NY 10458**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Unpaid Wages__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,255.47**

**Julius Blum**
**PO BOX 816**
**Carlstadt, NJ 07072**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Unpaid bill__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,625.00**

**Kochanczyk Bartlomiej**
**1066 Cypress Ave**
**Ridgewood, NY 11385**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Unpaid Wages__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,070.00**

**Kolano Andrzej**
**1274 64th St Apt#B-10**
**Brooklyn, NY 11219**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Unpaid Wages__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00**

**Komorowski Slawomir**
**91 05 97th Ave**
**Ozone Park, NY 11416**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Unpaid Wages__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Zen Restoration Inc** | Case number (if known) | **1-22-40809** |
|---|---|---|---|
| | Name | | |

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,400.00** |
|---|---|---|---|

**Kruszewski Witalis**
**102 India Str., # 1L**
**Brooklyn, NY 11222**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Unpaid Wages**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,045.00** |
|---|---|---|---|

**Kunikowski Lech**
**1860 75th Str #2R**
**Brooklyn, NY 11204**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Unpaid Wages**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,187.50** |
|---|---|---|---|

**Kuras Stanislaw**
**297 Eckford Street #2L**
**Brooklyn, NY 11222**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Unpaid Wages**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,525.00** |
|---|---|---|---|

**Kutyla Marcin**
**1274 64th Street Apt#AB**
**Brooklyn, NY 11219**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Unpaid Wages**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lech S Kunikowski**
**c/o Joseph & Norinsberg**
**225 Broadway, Ste 2700**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Unpaid Wages**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,009.29** |
|---|---|---|---|

**Lenoble Lumber**
**38-20 Review Avenue**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Unpaid bill**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Lenoble Lumber**
**c/o**
**City Marshal Bienstock**
**36-35 Bell Boulevard**
**Bayside, NY 11361**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **Notice Only**

Basis for the claim: __

Last 4 digits of account number  **5871**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Zen Restoration Inc** | Case number (if known) | **1-22-40809** |
|---|---|---|---|
| | Name | | |

---

**3.54**

**Nonpriority creditor's name and mailing address**

**Lewis Brisbois**
**633 W5th Street**
**Suite 4000**
**Los Angeles, CA 90071**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.55**

**Nonpriority creditor's name and mailing address**

**Lipski Robert**
**627 Humboldt Street**
**Brooklyn, NY 11222**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _Unpaid Wages_

Is the claim subject to offset? ■ No ☐ Yes

**$3,040.00**

---

**3.56**

**Nonpriority creditor's name and mailing address**

**Luis Patricio**
**Rodgriez Sepa**
**c/o Joseph & Norinsberg**
**225 Broadway, Ste 2700**
**New York, NY 10007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _Unpaid Wages_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.57**

**Nonpriority creditor's name and mailing address**

**Marcin Kutyla**
**c/o Joseph & Norinsberg**
**225 Broadway, Ste 2700**
**New York, NY 10007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _Unpaid Wages_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.58**

**Nonpriority creditor's name and mailing address**

**Marly Building**
**858 Meeker Ave**
**Brooklyn, NY 11222**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _Unpaid bill_

Is the claim subject to offset? ■ No ☐ Yes

**$23,450.70**

---

**3.59**

**Nonpriority creditor's name and mailing address**

**Menkos Corp**
**dba Gleason Paints**
**65-01 Roosevelt Ave**
**Woodside, NY 11377**

Date(s) debt was incurred _1/2021_

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _Judgment entered 1/25/2021_

Is the claim subject to offset? ■ No ☐ Yes

**$52,160.34**

---

**3.60**

**Nonpriority creditor's name and mailing address**

**Modern Sprinkler**
**50 Middland Ave**
**Hicksville, NY 11801**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _Unpaid bill_

Is the claim subject to offset? ■ No ☐ Yes

**$4,807.05**

---

| Debtor | **Zen Restoration Inc** | Case number (if known) | **1-22-40809** |
|---|---|---|---|
| | Name | | |

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,695.60**

**Mr. Chimney**
**529 Rocland Ave**
**Mamaroneck, NY 10543**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid bill**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,434.77**

**Mr.T Carting**
**7310 Edsall Ave**
**Ridgewood, NY 11385**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid bill**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,103.22**

**National Grid**
**Accounts Processing KEDLI**
**One Metro Tech Center**
**Brooklyn, NY 11201-3948**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid bill**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$155.80**

**New York City Water Board**
**Dept. of Environmental Pr**
**59-17 Junction Blvd., Ban**
**13th Floor**
**Elmhurst, NY 11373-5108**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid bill**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$65,614.77**

**New York State**
**Department of Labor**
**Claim Service**
**PO Box 611**
**Albany, NY 12201-0611**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2/2019**

Basis for the claim:  **Speculated Amt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,103.11**

**New York State**
**Department of Labor**
**Claim Service**
**PO Box 611**
**Albany, NY 12201-0611**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **7/2019**

Basis for the claim:  **Speculated Amt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,611.61**

**New York State**
**Department of Labor**
**Claim Service**
**PO Box 611**
**Albany, NY 12201-0611**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/2019**

Basis for the claim:  **Speculated Amt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Zen Restoration Inc** | Case number (if known) | **1-22-40809** |
|---|---|---|---|
| | Name | | |

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$466.72** |
|---|---|---|---|

**New York State
Department of Labor
Claim Service
PO Box 611
Albany, NY 12201-0611**

Date(s) debt was incurred  **1/2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Speculated Amt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,670.20** |
|---|---|---|---|

**Nowwo
80 Anthony St
Brooklyn, NY 11222**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Unpaid bill**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,439.37** |
|---|---|---|---|

**NOWWO Ltd
c/o Murrary S Lubitz Esq
245 Main Street
White Plains, NY 10601**

Date(s) debt was incurred  **4/2021**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Judgment entered 4/26/2021**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,872.00** |
|---|---|---|---|

**Paterek Lukasz
2125 Amory Ct.
Ridgewood, NY 11385**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Unpaid Wages**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Paterek Lukasz
c/o Joseph & Norinsberg
225 Broadway, Ste 2700
New York, NY 10007**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **unpaid wages**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,900.00** |
|---|---|---|---|

**PAYOMATIC
PO BOX 313430
Jamaica, NY 11431**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Unpaid bill**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,670.00** |
|---|---|---|---|

**Pelc Jerzy Stanislaw
60-18 Fresh Pond Road
Maspeth, NY 11378**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Unpaid Wages**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Zen Restoration Inc** | Case number (if known) | **1-22-40809** |
|---|---|---|---|
| | Name | | |

---

**3.75** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Peter Furtkevic**
**c/o Joseph & Norinsberg**
**225 Broadway, Ste 2700**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Unpaid Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,880.00**

**Piatek Waclaw**
**8817 Bay Parkway #1E**
**Brooklyn, NY 11214**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Unpaid Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Pieczykolan Mariusz**
**c/o Joseph & Norinsberg**
**225 Broadway, Ste 2700**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Unpaid Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,040.00**

**Pomaski Marek**
**17-01 Stephen St**
**Ridgewood, NY 11385**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Unpaid Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,906.00**

**Poweska Tomasz**
**61 Hausman St**
**Brooklyn, NY 11222**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Unpaid Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00**

**Prisciliano F Guzman**
**47-50 47th Street, #3B**
**Woodside, NY 11377**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Unpaid Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.81** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,328.00**

**Pullutaci Raul**
**220 Suydam St**
**Brooklyn, NY 11237**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Unpaid Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Zen Restoration Inc** | Case number (if known) | **1-22-40809** |
|---|---|---|---|
| | Name | | |

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29,200.00**

**Quick Containers**
**340 Beach 89th Street**
**Far Rockaway, NY 11693**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid bill**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,558.43**

**Quill**
**PO Box 37600**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid bill**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,620.00**

**Ramocki Jan**
**1724 62nd Street**
**Brooklyn, NY 11204**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,848.87**

**Ready Refresh**
**Poland Spring**
**PO Box 856192**
**Louisville, KY 40285**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid bill**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,229.00**

**Richeliu**
**7021 Sterling Ponds Blvd**
**Sterling Heights, MI 48312**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid bill**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$874.00**

**Rivera Nelson**
**229 Starr St #L1**
**Brooklyn, NY 11237**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,488.00**

**Rodriguez Patricio**
**21-103 52th Ave**
**Corona, NY 11368**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Zen Restoration Inc** | Case number *(if known)* | **1-22-40809** |
|---|---|---|---|
| | Name | | |

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,891.34**

**Rosenzwaig Lumber**
**801 East 135 St**
**Bronx, NY 10454**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Unpaid bill - judgment**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Rosenzwaig Lumber Corp**
**c/o Levy, Davis & Maher**
**39 Broadway, Suite 1920**
**New York, NY 10006**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Only**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,736.00**

**Sadowski Robert**
**1349 40th Apt#2**
**Brooklyn, NY 11218**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Unpaid Wages**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Salatiel E.C. Pasten**
**c/o Joseph & Norinsberg**
**225 Broadway, Ste 2700**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Unpaid Wages**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Samuel G Juarez**
**c/o Joseph & Norinsberg**
**225 Broadway, Ste 2700**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Unpaid Wages**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,717.00**

**Segundo Oswaldo**
**37-66 101 Street, #2FL**
**Corona, NY 11368**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Unpaid Wages**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Segundo R.P.  Toasa**
**c/o Joseph & Norinsberg**
**225 Broadway, Ste 2700**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Unpaid Wages**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Zen Restoration Inc** | Case number (if known) | **1-22-40809** |
|---|---|---|---|
| | Name | | |

---

**3.96**

**Nonpriority creditor's name and mailing address**

**Siewarga Henryk**
**73 North Henry Str, #1C**
**Brooklyn, NY 11222**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Unpaid Wages**

Is the claim subject to offset?  ■ No  ☐ Yes

**$5,750.00**

---

**3.97**

**Nonpriority creditor's name and mailing address**

**Signature Bank Card**
**565 Fifth Ave**
**New York, NY 10017**

Date(s) debt was incurred  _

Last 4 digits of account number  **6954**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Unpaid bill**

Is the claim subject to offset?  ■ No  ☐ Yes

**$28,439.63**

---

**3.98**

**Nonpriority creditor's name and mailing address**

**Sitarz Andrzej**
**5956 56 th Ave, #3**
**Maspeth, NY 11378**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Unpaid Wages**

Is the claim subject to offset?  ■ No  ☐ Yes

**$5,392.00**

---

**3.99**

**Nonpriority creditor's name and mailing address**

**Stanislaw R Siurda**
**c/o Joseph & Norinsberg**
**225 Broadway, Ste 2700**
**New York, NY 10007**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Unpaid Wages**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.100**

**Nonpriority creditor's name and mailing address**

**Storczynski Zbigniew**
**60-24 Bleeker St #2**
**Ridgewood, NY 11385**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Unpaid Wages**

Is the claim subject to offset?  ■ No  ☐ Yes

**$9,200.00**

---

**3.101**

**Nonpriority creditor's name and mailing address**

**Szafran Edward**
**12 First Street**
**Staten Island, NY 10306**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Unpaid Wages**

Is the claim subject to offset?  ■ No  ☐ Yes

**$9,152.00**

---

**3.102**

**Nonpriority creditor's name and mailing address**

**Szafraniec Ryszard**
**69-48 Juniper Blvd S**
**Middle Village, NY 11379**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Unpaid Wages**

Is the claim subject to offset?  ■ No  ☐ Yes

**$3,132.00**

---

| Debtor | **Zen Restoration Inc** | Case number (if known) | **1-22-40809** |
|---|---|---|---|
| | Name | | |

---

**3.103** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,664.50**

**Szczubelek Wojciech**
**151-31 88th Street apt#3G**
**Howard Beach, NY 11414**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Unpaid Wages**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,380.00**

**Tarnacki Miroslaw**
**66-15 69 Street, #3C**
**Middle Village, NY 11379**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Unpaid Wages**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,154.00**

**Tarnawski Leszek**
**152 Kent Street**
**Brooklyn, NY 11222**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Unpaid Wages**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,315.00**

**Tarnawski Mariusz**
**557 Woodword Ave Apt#3R**
**Ridgewood, NY 11385**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Unpaid Wages**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,267.13**

**TD Bank**
**6000 Atrium Way**
**Mount Laurel, NJ 08054-3918**

Date(s) debt was incurred _

Last 4 digits of account number  **3858**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Unpaid bill**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,327.13**

**TD Bank**
**6000 Atrium Way**
**Mount Laurel, NJ 08054-3918**

Date(s) debt was incurred _

Last 4 digits of account number  **4759**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Unpaid bill**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,551.60**

**TD Bank**
**6000 Atrium Way**
**Mount Laurel, NJ 08054-3918**

Date(s) debt was incurred _

Last 4 digits of account number  **7335**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Unpaid bill**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Zen Restoration Inc**                                    Case number (if known)  **1-22-40809**

_____
Name

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,820.05 |
|---|---|---|---|

**The Volakos Law Firm**
**120 Bay Ridge Ave**
**Brooklyn, NY 11220**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __returned checks__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,875.43 |
|---|---|---|---|

**W.B. Mason**
**59 Centre St**
**Brockton, MA 02301**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Unpaid bill__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,469.22 |
|---|---|---|---|

**W.W. Grainger**
**58-45 Grand Ave**
**Maspeth, NY 11378**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Unpaid bill__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,500.00 |
|---|---|---|---|

**Wojdat Marek**
**7258 61th Street**
**Ridgewood, NY 11385**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Unpaid Wages__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Workers Comp Board**
**328 State Street**
**Schenectady, NY 12305**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Notice Only__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,000.00 |
|---|---|---|---|

**Workers Comp. Board**
**c/o James R.McGinn, Esq.**
**328 State Street**
**Schenectady, NY 12305**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,507.12 |
|---|---|---|---|

**Worth Capital Markets**
**45 Rockefeller Plaza**
**20th Floor**
**New York, NY 10020**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Zen Restoration Inc** | | Case number (if known) | **1-22-40809** |
|---|---|---|---|---|
| | Name | | | |

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,294.00 |
|---|---|---|---|
| | **Zaremba Miroslaw**<br>**6350 Wetherole Str, #3F**<br>**Rego Park, NY 11374** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Unpaid Wages** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,182.00 |
|---|---|---|---|
| | **Zawadzki Robert**<br>**53 Willow Pl.**<br>**Albertson, NY 11507** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Unpaid Wages** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,389.53 |
|---|---|---|---|
| | **Zawojski Krzysztof**<br>**148 S 7th Street**<br>**Bethpage, NY 11714** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Unpaid Wages** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

### Part 3:    List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Andrzej Kolano**<br>**c/o Joseph & Norinsberg**<br>**225 Broadway, Ste 2700**<br>**New York, NY 10007** | Line  **3.45**<br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Bilski Lukasz**<br>**c/o Joseph & Norinsberg**<br>**225 Broadway, Ste 2700**<br>**New York, NY 10007** | Line  **3.8**<br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Gabor Fazekas**<br>**c/o Joseph & Norinsberg**<br>**225 Broadway, Ste 2700**<br>**New York, NY 10007** | Line  **3.30**<br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Jerzy Pelc**<br>**c/o Robert Wisniewski**<br>**17 State Street, Ste 820**<br>**New York, NY 10004** | Line  **3.74**<br>☐ Not listed. Explain ____ | __ |
| 4.5 | **Julio M. Caraballo**<br>**c/o Joseph & Norinsberg**<br>**225 Broadway, Ste 2700**<br>**New York, NY 10007** | Line  **3.42**<br>☐ Not listed. Explain ____ | __ |

| Debtor | **Zen Restoration Inc** | | Case number (if known) | **1-22-40809** |
|---|---|---|---|---|
| | Name | | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.6**
**Karen Cacace**
**Chief of Labor Bureau**
**28 Liberty Street**
**New York, NY 10005**

Line  **3.67**

☐  Not listed. Explain ____

—

---

**4.7**
**Leszek Tarnawski**
**c/o Robert Wisniewski**
**17 State Street, Ste 820**
**New York, NY 10004**

Line  **3.105**

☐  Not listed. Explain ____

—

---

**4.8**
**Marek Pomaski**
**c/o Joseph & Norinsberg**
**225 Broadway, Ste 2700**
**New York, NY 10007**

Line  **3.78**

☐  Not listed. Explain ____

—

---

**4.9**
**Marek Wojdat**
**c/o Robert Wisniewski**
**17 State Street, Ste 820**
**New York, NY 10004**

Line  **3.113**

☐  Not listed. Explain ____

—

---

**4.10**
**Marian Fromelc**
**c/o Robert Wisniewski**
**17 State Street, Ste 820**
**New York, NY 10004**

Line  **3.29**

☐  Not listed. Explain ____

—

---

**4.11**
**Mariusz Tarnawski**
**c/o Robert Wisniewski**
**17 State Street, Ste 820**
**New York, NY 10004**

Line  **3.106**

☐  Not listed. Explain ____

—

---

**4.12**
**Menkos Corp dba Gleason**
**c/o Krane Law**
**7600 Jericho Tpke**
**Ste 300**
**Woodbury, NY 11797**

Line  **3.59**

☐  Not listed. Explain ____

—

---

**4.13**
**Menkos Corp dba Gleason**
**c/o Camin & Gronich PLLC**
**105 Maxess Rd, Ste 124**
**Melville, NY 11747**

Line  **3.59**

☐  Not listed. Explain ____

—

---

**4.14**
**Menkos Corp dba Gleason**
**c/o City Marshal**
**Martin Bienstock**
**36-35 Bell Blvd**
**Bayside, NY 11361**

Line  **3.59**

☐  Not listed. Explain ____

—

---

**4.15**
**Miroslaw Tarnacki**
**c/o Robert Wisniewski**
**17 State Street, Ste 820**
**New York, NY 10004**

Line  **3.104**

☐  Not listed. Explain ____

—

---

**4.16**
**NOWWO Ltd**
**80 Anthony St**
**Brooklyn, NY 11222**

Line  **3.70**

☐  Not listed. Explain ____

—

| Debtor | **Zen Restoration Inc** | | Case number (if known) | **1-22-40809** |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.17 | **NOWWO Ltd**<br>**c/o City Marshal**<br>**Martin Bienstock**<br>**36-35 Bell Blvd**<br>**Bayside, NY 11361** | Line __3.70__<br><br>☐ Not listed. Explain ____ | __4762__ |
| 4.18 | **Office of the**<br>**Attorney General**<br>**28 Liberty Street**<br>**New York, NY 10005** | Line __3.67__<br><br>☐ Not listed. Explain ____ | _ |
| 4.19 | **Prisciliano F Guzman**<br>**c/o Joseph & Norinsberg**<br>**225 Broadway, Ste 2700**<br>**New York, NY 10007** | Line __3.80__<br><br>☐ Not listed. Explain ____ | _ |
| 4.20 | **Robert I. Elan, Esq.**<br>**14 Vanderventer Avenue**<br>**Port Washington, NY 11050** | Line __3.28__<br><br>☐ Not listed. Explain ____ | _ |
| 4.21 | **Robert Lipski**<br>**c/o Joseph & Norinsberg**<br>**225 Broadway, Ste 2700**<br>**New York, NY 10007** | Line __3.55__<br><br>☐ Not listed. Explain ____ | _ |
| 4.22 | **Robert Sadowski**<br>**c/o Joseph & Norinsberg**<br>**225 Broadway, Ste 2700**<br>**New York, NY 10007** | Line __3.91__<br><br>☐ Not listed. Explain ____ | _ |
| 4.23 | **Roman Jeglinski**<br>**c/o Joseph & Norinberg**<br>**225 Broadway, Ste 2700**<br>**New York, NY 10007** | Line __3.37__<br><br>☐ Not listed. Explain ____ | _ |
| 4.24 | **Samuel Galindo**<br>**c/o Joseph & Norinsberg**<br>**225 Broadway, Ste 2700**<br>**New York, NY 10007** | Line __3.31__<br><br>☐ Not listed. Explain ____ | _ |
| 4.25 | **Seth Kupferberg**<br>**Assistant Atty General**<br>**28 Liberty Street**<br>**New York, NY 10005** | Line __3.67__<br><br>☐ Not listed. Explain ____ | _ |
| 4.26 | **Slawomir Komorowski**<br>**c/o Joseph & Norinsberg**<br>**225 Broadway, Ste 2700**<br>**New York, NY 10007** | Line __3.46__<br><br>☐ Not listed. Explain ____ | _ |
| 4.27 | **Stainislaw Kuras**<br>**c/o Joseph & Norinsberg**<br>**225 Broadway, Ste 2700**<br>**New York, NY 10007** | Line __3.49__<br><br>☐ Not listed. Explain ____ | _ |
| 4.28 | **Waclaw Piatek**<br>**c/o Joseph & Norinsberg**<br>**225 Broadway, Ste 2700**<br>**New York, NY 10007** | Line __3.76__<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Zen Restoration Inc** | | Case number (if known) | **1-22-40809** |
|---|---|---|---|---|

Name

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.29    **Zbigniew Storczynski**
**c/o Joseph & Norinsberg**
**225 Broadway, Ste 2700**
**New York, NY 10007**

Line  **3.100**

☐ Not listed. Explain ____

_

4.30    **Zdzislaw Daniec**
**c/o Joseph & Norinsberg**
**225 Broadway, Ste 2700**
**New York, NY 10007**

Line  **3.23**

☐ Not listed. Explain ____

_

---

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

|  | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ **0.00** |
| **5b. Total claims from Part 2** | 5b.  **+** | $ **2,385,887.56** |
| **5c. Total of Parts 1 and 2** | 5c. | $ **2,385,887.56** |
| Lines 5a + 5b = 5c. | | |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | x |
| **Zen Restoration Inc** | Case No. ___1-22-40809___ |
|  | Chapter ___11___ |
| Debtor(s). | |
|  | x |

### AFFIDAVIT PURSUANT TO E.D.N.Y. LBR 1009-1(a)

___Zen Restoration Inc___, undersigned debtor herein, swears as follows:

1.   Debtor filed a petition under chapter __11__ of the Bankruptcy Code on __April 19, 2022__.

2.   Filed herewith is an amendment to ___E/F___ [*indicate list(s), schedule(s) or statement(s) being amended*] previously filed herein.

3.   Annexed hereto is a listing setting forth the specific additions or corrections to, or deletions from, the affected list(s), schedule(s) or statement(s). The nature of the change (addition, deletion or correction) is indicated for each creditor or item listed.

   Schedule E/F has been amended to include additional Creditors

4.   [*If creditor records have been added or deleted, or mailing addresses corrected*] An amended mailing matrix is annexed hereto, reflecting only changes adding or deleting as have been referred to above.

Dated: __May 26, 2022__

/s/ Bernard Sobus
**Bernard Sobus**
(Signature of Debtor)

Sworn to before me this _____
day of _____, _____.

_____
Notary Public, State of New York

***Reminder: No amendment of schedules is effective until proof of service in accordance with EDNY LBR 1009-1(b) has been filed with the Court.***

If this amendment is filed prior to the expiration of the time period set forth in Fed. R. Bankr. P. 4004 and 4007, it will be deemed to constitute a motion for a 30-day extension of the time within which any added creditors may file a complaint to object to the discharge of the debtor and/or to determine dischargeability. This motion will be deemed granted without a hearing if no objection is filed with the Court and served on debtor within 14 days following filing of proof of service of this affidavit, all attachments and the amended schedules in accordance with EDNY LBR 1009-1.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
_____ x

In re:                                                    Case No.    **1-22-40809** _____
**Zen Restoration Inc**
                                                          Chapter     **11**


                    Debtor(s).
_____ x

### AFFIDAVIT PURSUANT TO E.D.N.Y. LBR 1009-1(a)

         ___**Zen Restoration Inc**___ , undersigned debtor herein, swears as follows:

1.       Debtor filed a petition under chapter  **11**  of the Bankruptcy Code on  **April 19, 2022** .

2.       Filed herewith is an amendment to  ___**Schedule D and E/F**___  [_indicate list(s), schedule(s) or statement(s) being amended_] previously filed herein.

3.       Annexed hereto is a listing setting forth the specific additions or corrections to, or deletions from, the affected list(s), schedule(s) or statement(s). The nature of the change (addition, deletion or correction) is indicated for each creditor or item listed.

Schedule D has been amended to add IRS tax lien and correct IRS amount from $69067.68 to $269667.68.  Additional tax liens have been added for New York State DTF, New York State Dept of Labor, Workers Compensation Board, NYC Environmental Control Board.  Pedro Chomnalz and Maria A. Chomnalez have been added as creditors. Amount was corrected for Signature Bank from $1,250,000.00 to $1,125,000.00.

Schedule E/F has been amended to include several new creditors and addresses for notification.

4.       [_If creditor records have been added or deleted, or mailing addresses corrected_]  An amended mailing matrix is annexed hereto, reflecting only changes adding or deleting as have been referred to above.

Dated:  **7/8/2022**


                                        _____
                                        **/s/ Bernard Sobus**
                                        **Bernard Sobus**
                                        (Signature of Debtor)


Sworn to before me this _____
day of _____, _____.


_____
 Notary Public, State of New York


**_Reminder: No amendment of schedules is effective until proof of service in accordance with EDNY LBR 1009-1(b) has been filed with the Court._**

If this amendment is filed prior to the expiration of the time period set forth in Fed. R. Bankr. P. 4004 and 4007, it will be deemed to constitute a motion for a 30-day extension of the time within which any added creditors may file a complaint to object to the discharge of the debtor and/or to determine dischargeability. This motion will be deemed granted without a hearing if no objection is filed with the Court and served on debtor within 14 days following filing of proof of service of this affidavit, all attachments and the amended schedules in accordance with EDNY LBR 1009-1.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

_____ x

In re:                                              Case No.    **1-22-40809** _____
**Zen Restoration Inc**

Chapter      **11**


                    Debtor(s).
_____ x

### AFFIDAVIT PURSUANT TO E.D.N.Y. LBR 1009-1(a)

    **Zen Restoration Inc**   , undersigned debtor herein, swears as follows:

1.     Debtor filed a petition under chapter  **11**  of the Bankruptcy Code on  **April 19, 2022** .

2.     Filed herewith is an amendment to   **Schedule D**   [*indicate list(s), schedule(s) or statement(s) being amended*] previously filed herein.

3.     Annexed hereto is a listing setting forth the specific additions or corrections to, or deletions from, the affected list(s), schedule(s) or statement(s). The nature of the change (addition, deletion or correction) is indicated for each creditor or item listed.

    Schedule D has been amended to include a new Tax Lien for NYC Environmental Board and all references of Signature Bank have been replaced by Humboldt Industrial LLC.

4.     [*If creditor records have been added or deleted, or mailing addresses corrected*] An amended mailing matrix is annexed hereto, reflecting only changes adding or deleting as have been referred to above.

Dated:  **8/2/2022**

           /s/Bernard Sobus _____
           **Bernard Sobus**
           (Signature of Debtor)

Sworn to before me this _____
day of _____, _____.

_____
 Notary Public, State of New York

***Reminder: No amendment of schedules is effective until proof of service in accordance with EDNY LBR 1009-1(b) has been filed with the Court.***

If this amendment is filed prior to the expiration of the time period set forth in Fed. R. Bankr. P. 4004 and 4007, it will be deemed to constitute a motion for a 30-day extension of the time within which any added creditors may file a complaint to object to the discharge of the debtor and/or to determine dischargeability. This motion will be deemed granted without a hearing if no objection is filed with the Court and served on debtor within 14 days following filing of proof of service of this affidavit, all attachments and the amended schedules in accordance with EDNY LBR 1009-1.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

_____ x

In re:                                                    Case No.    **1-22-40809** _____
**Zen Restoration Inc**
                                                          Chapter    **11**

                              Debtor(s).
_____ x

## AFFIDAVIT PURSUANT TO E.D.N.Y. LBR 1009-1(a)

   **Zen Restoration Inc**  , undersigned debtor herein, swears as follows:

1.      Debtor filed a petition under chapter  **11**  of the Bankruptcy Code on  **April 19, 2022**  .

2.      Filed herewith is an amendment to   **Schedule E/F**    [_indicate list(s), schedule(s) or statement(s) being amended_] previously filed herein.

3.      Annexed hereto is a listing setting forth the specific additions or corrections to, or deletions from, the affected list(s), schedule(s) or statement(s). The nature of the change (addition, deletion or correction) is indicated for each creditor or item listed.

        Schedule E/F has been amended to include Rosenzqwig Lumber Corp, Workers Compensation Board of NY, Menkos Corp, and Worth Capital.

4.      [_If creditor records have been added or deleted, or mailing addresses corrected_] An amended mailing matrix is annexed hereto, reflecting only changes adding or deleting as have been referred to above.

Dated:  **9/23/2022** 

                                             **/s/ Bernard Sobus** _____
                                           **Bernard Sobus**
                                         (Signature of Debtor)

Sworn to before me this _____
day of _____, _____.

_____
 Notary Public, State of New York

_**Reminder: No amendment of schedules is effective until proof of service in accordance with EDNY LBR 1009-1(b) has been filed with the Court.**_

If this amendment is filed prior to the expiration of the time period set forth in Fed. R. Bankr. P. 4004 and 4007, it will be deemed to constitute a motion for a 30-day extension of the time within which any added creditors may file a complaint to object to the discharge of the debtor and/or to determine dischargeability. This motion will be deemed granted without a hearing if no objection is filed with the Court and served on debtor within 14 days following filing of proof of service of this affidavit, all attachments and the amended schedules in accordance with EDNY LBR 1009-1.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

_____ x

In re:                                                          Case No.    **1-22-40809** _____
**Zen Restoration Inc**

                                                                Chapter    **11**

                    Debtor(s).
_____ x

### AFFIDAVIT PURSUANT TO E.D.N.Y. LBR 1009-1(a)

    __**Zen Restoration Inc**__ , undersigned debtor herein, swears as follows:

1.    Debtor filed a petition under chapter __**11**__ of the Bankruptcy Code on __**April 19, 2022**__ .

2.    Filed herewith is an amendment to __**Schedule E/F**__ [*indicate list(s), schedule(s) or statement(s) being amended*] previously filed herein.

3.    Annexed hereto is a listing setting forth the specific additions or corrections to, or deletions from, the affected list(s), schedule(s) or statement(s). The nature of the change (addition, deletion or correction) is indicated for each creditor or item listed.

    Schedule E/F was amended to include Bernard Sobus and Lenoble Lumber.

4.    [*If creditor records have been added or deleted, or mailing addresses corrected*] An amended mailing matrix is annexed hereto, reflecting only changes adding or deleting as have been referred to above.

Dated: __**10/27/2022**__

                                        **/s/ Bernard Sobus** _____
                                        **Bernard Sobus**
                                        (Signature of Debtor)

Sworn to before me this _____
day of _____, _____.

_____
 Notary Public, State of New York

***Reminder: No amendment of schedules is effective until proof of service in accordance with EDNY LBR 1009-1(b) has been filed with the Court.***

If this amendment is filed prior to the expiration of the time period set forth in Fed. R. Bankr. P. 4004 and 4007, it will be deemed to constitute a motion for a 30-day extension of the time within which any added creditors may file a complaint to object to the discharge of the debtor and/or to determine dischargeability. This motion will be deemed granted without a hearing if no objection is filed with the Court and served on debtor within 14 days following filing of proof of service of this affidavit, all attachments and the amended schedules in accordance with EDNY LBR 1009-1.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | x | Case No.  __1-22-40809__ |
| **Zen Restoration Inc** | | Chapter  **11** |
| Debtor(s). | x | |

## AFFIDAVIT PURSUANT TO E.D.N.Y. LBR 1009-1(a)

____Zen Restoration Inc____ , undersigned debtor herein, swears as follows:

1.    Debtor filed a petition under chapter  __11__  of the Bankruptcy Code on  __April 19, 2022__ .

2.    Filed herewith is an amendment to  __Schedule E/F__  [*indicate list(s), schedule(s) or statement(s) being amended*] previously filed herein.

3.    Annexed hereto is a listing setting forth the specific additions or corrections to, or deletions from, the affected list(s), schedule(s) or statement(s). The nature of the change (addition, deletion or correction) is indicated for each creditor or item listed.

Schedule E/F has been amended to add Black Marjieh and Lewis Brisbois as creditors.

4.    [*If creditor records have been added or deleted, or mailing addresses corrected*] An amended mailing matrix is annexed hereto, reflecting only changes adding or deleting as have been referred to above.

Dated:   __December  4, 2022__

**/s/ Bernard Sobus**
**Bernard Sobus**
(Signature of Debtor)

Sworn to before me this _____
day of _____, _____.

_____
 Notary Public, State of New York

***Reminder: No amendment of schedules is effective until proof of service in accordance with EDNY LBR 1009-1(b) has been filed with the Court.***

If this amendment is filed prior to the expiration of the time period set forth in Fed. R. Bankr. P. 4004 and 4007, it will be deemed to constitute a motion for a 30-day extension of the time within which any added creditors may file a complaint to object to the discharge of the debtor and/or to determine dischargeability. This motion will be deemed granted without a hearing if no objection is filed with the Court and served on debtor within 14 days following filing of proof of service of this affidavit, all attachments and the amended schedules in accordance with EDNY LBR 1009-1.

Rev. 1/14/04