.

Black, Marjieh & Sanford
100 Clearbrook Road
Suite 345
Elmsford, NY 10523

Lewis Brisbois
633 W5th Street
Suite 4000
Los Angeles, CA 90071