UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
In re:                                                                      Chapter 11
                                                                                 Case No. 22-40809
    **Zen Restoration Inc**,

                    Debtor.                      **AFFIDAVIT OF SERVICE**
------------------------------------------------------X
STATE OF NEW YORK   )
                              ) ss.:
COUNTY OF SUFFOLK   )

Sarah Nezhadpour, being duly sworn, says:

On December 5, 2022, I served a true copy of the **Amended Schedule(s), Required Statement(s) and Affidavit Pursuant to E.D.N.Y. LBR 1009-1(a) Schedule E/F [Dkt No 60]** on the following entities by mailing a true copy of the same in a postage-paid envelope and marked with the name and address of each entity to be served, and depositing same in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of each of the addressees indicated on the attached:

                              *See Attached Service List*

Sworn to before me this
5th day of December, 2022

                                                            /s/Sarah Nezhadpour
                                                            Sarah Nezhadpour

/s/Ronald D. Weiss
Ronald D. Weiss
Notary Public, State of New York
NO. 02WE5041400
Qualified in Suffolk County
Commission Expires 4/3/23

Humboldt Industrial LLC
c/o Jaspan Schlesinger LLP
300 Garden City Plaza
5th Floor
Garden City, NY 11530-3333

New York State Department of Labor
Division of Labor Standards
Building 12, State Campus
Albany, NY 12240-0001

Zen Restoration Inc
273 Russell Street
Brooklyn, NY 11222-1919

Abbot Paint
238 Egie Street
Brooklyn, NY 11222

Alan Mcilvain Compant
c/o Smith Carroad Levy Wan & Parikh, P.C
5036 Jericho Turnpike
Commack, NY 11725-2812

Allan Mcilvain
501 Market Street
Marcus Hook, PA 19061-4833

Andrzej Kolano
c/o Joseph & Norinsberg
225 Broadway, Ste 2700
New York, NY 10007-3082

Angel Diaz
c/o Joseph & Norinsberg
225 Broadway, Ste 2700
New York, NY 10007-3082

BPNY
PO Box 2068
Astoria, NY 11102-0068

Bank Direct - Insurance
150 North Field Drive
Ste 190
Lake Forest, IL 60045-2594

Bank Direct Capital Finance
150 North Field Drive
Ste 190
Lake Forest, IL 60045-2594

Bartlomeij Kochanczyk
c/o Joseph & Norinsberg
225 Broadway, Ste 2700
New York, NY 10007-3082

Bernard Sobus
273 Russell St
Brooklyn, NY 11222-1919

Bernard Sobus
c/o Zen Restoration Inc
273 Russell Street
Brooklyn, NY 11222-1919

Bernard Sobus
cc/o Zen Restoration, Inc
273 Russell St
Brooklyn, NY 11222-1919

Bilski Lukasz
102 India Street #4L
Brooklyn, NY 11222-1684

Bilski Lukasz
c/o Joseph & Norinsberg
225 Broadway, Ste 2700
New York, NY 10007-3082

Black, Marjieh & Sanford
100 Clearbrook Road
Suite 345
Elmsford, NY 10523-1116

Bogdan S Koscielny
c/o Joseph & Norisberg
225 Broadway, Ste 2700
New York, NY 10007-3082

Brozyna Robert
60-25 74th St
Middle Village, NY 11379-5217

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC
BANKRUPTCY / EAG GROUP
4 IRVING PLACE 9TH FLOOR
NEW YORK, NY 10003-3502

Cabuco Matias
1412 Dekalb Ave., Apt#2L
Brooklyn, NY 11237-3521

Caiza Carlos
37-40 59th Street
Woodside, NY 11377-2531

Campos Pasten
Salatiel Enrique
5101 Hillyer St
Elmhurst, NY 11373-4155

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

Carballo Julio M.
24-05 Marion Avenue, #6A
Bronx, NY 10458-7453

Castro Jose
35-20 94th St Apt#2E
Jackson Heights, NY 11372-5992

Cezary Sawicki
c/o Robert Wisniewski
17 State Street, Ste 820
New York, NY 10004-1508

Chimborazo Eausto
51-01 Hillyer Street, #3F
Elmhurst, NY 11373-4155

Chomnalez case
179 East 71st Street
Townhouse
New York, NY 10021-4322

Clause Moller
910 Fifth Ave Apt 11A
New York, NY 10021-4155

Clause Moller
c/o Herrick Feinstein LLP
2 Park Ave
New York, NY 10016-5675

Con Edison
4 Irving Place
New York, NY 10003-3598

Connecticut Saw & Tool LLC
140 Avon Street
Stratford CT 06615-6704

Connecticut Saw & Yool
140 Avon Street
Stratford, CT 06615-6704

Creston Electronics Inc
15 Volvo Dr
Rockleigh, NJ 07647-2507

Daniec Zdzislaw
1760 66 Street
Brooklyn, NY 11204-3722

Dariusz Stopyra
c/o Joseph & Norinsberg
225 Broadway, Ste 2700
New York, NY 10007-3082

DeLage Landen
1111 Old Eagle School Rd
Suite 1
Wayne, PA 19087

Dota Jonny
43-18 Elbertson Street
Elmhurst, NY 11 11373-2862

Dota Jose
43-18 Elbertson Street
Elmhurst, NY 11373-2862

Enid Nagler Stuart, Ass't Attorney Gene
Attorney for NYS Dep't of Taxation
28 Liberty Street- 17th floor
New York, NY 10005-1495

Everest National Insuranc
100 Everest Way
Warren, NJ 07059-5195

Everest National Insurance Company
100 Everest Way
Warren Corporate Center
Warren, NJ 07059-5195

Fromelc Marian
83-25 98th Str, #5G
Woodhaven, NY 11421 11421-8421

GILSON/McPHEE
7975 N Central Drive
Wayne, PA 19087

Gabor Fazekas
75-59 Metropolitan Ave
Middle Village, NY 11379-2657

Gabor Fazekas
c/o Joseph & Norinsberg
225 Broadway, Ste 2700
New York, NY 10007-3082

Galindo Samuel
109-26 West side Ave
Corona, NY 11368

Galindo Samuel
109-26 Westside Ave
Corona, NY 11368

Gleason Paint
65-01 Roosevelt Ave
Woodside, NY 11377-2927

Grant Supplies
39-15 21st Street
Long Island City, NY 11101

Guzman Franco Prisciliano
47-50 47th Street, #3B
Woodside, NY 11377-6563

Henryk Sagan
c/o Joseph & Norinsberg
225 Broadway, Ste 2700
New York, NY 10007-3082

Humboldt Industrial LLC
370 Lexington Ave
Ste 812
New York, NY 10017-6503

Humboldt Industrial LLC
c/o Frank Dell'Amore Esq
Jaspan Schlesinger LLP
300 Garden City Plz 5th Fl
Garden City, NY 11530-3333

Humboldt Industrial LLC
c/o Frank Dell'Amore Esq
Jaspan Schlesinger LLP
300 GardenCity Plz 5th Fl
Garden City, NY 11530-3333

Humboldt Industrial LLC
c/o Jaspan Schlesinger LLP
Attn: Frank C. Dell'Amore, Esq.
300 Garden City Plaza, 5th Floor
Garden City, New York 11530-3333

Humboldt Industrial LLC
c/o Kriss & Feuerstein
60 Lexington Avenue
Suite 1200
New York, NY 10010

Humboldt Industrial LLC
c/o Kriss & FeuersteinLLP
360 Lexington Ave
Ste 1200
New York, NY 10017-6502

Humboldt Industrial LLC
c/o Kriss & FeuersteinLLP
360 Lexington Ave Ste 1200
1ew York, NY 10017-6502

Humboldt Industrial LLC
c/o Maverick Real Estate Partners LLC
100 Park Avenue, Suite 2805
New York, NY 10017-5536

Internal Revene Service
c/o US Attys Office
Sean P Greene Delgado
2710A Cadman Plaza East
Brooklyn, NY 11201

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jeglinski Roman
1474 East 32nd Street
Brooklyn, NY 11234-3404

Jerzy Pelc
c/o Robert Wisniewski
17 State Street, Ste 820
New York, NY 10004-1508

Johnny PD Torres
c/o Joesph & Norinsberg
225 Broadway, Ste 2700
New York, NY 10007-3082

Jose I. Guazhima
c/o Joseph & Norinsberg
225 Broadway, Ste 2700
New York, NY 10007-3082

Jose R. D. Torres
c/o Joseph & Norinsberg
225 Broadway, Ste 2700
New York, NY 10007-3082

Joseph & Norinsberg, LLC
110 East 59th Street
Suite 3200
New York, NY 10022-1316

Julio M. Caraballo
24-05 Marion Ave, #6A
Bronx, NY 10458-7453

Julio M. Caraballo
c/o Joseph & Norinsberg
225 Broadway, Ste 2700
New York, NY 10007-3082

Julius Blum
PO BOX 816
Carlstadt, NJ 07072-0816

Karen Cacace
Chief of Labor Bureau
28 Liberty Street
New York, NY 10005-1400

Kochanczyk Bartlomiej
1066 Cypress Ave
Ridgewood, NY 11385-8107

Kolano Andrzej
1274 64th St Apt#B-10
Brooklyn, NY 11219-5302

Komorowski Slawomir
91 05 97th Ave
Ozone Park, NY 11416-1419

Kruszewski Witalis
102 India Str # 1L
Brooklyn, NY 11222

Krzysztof Rostek
60-43 Maspeth Ave
Maspeth, NY 11378-2711

Kunikowski Lech
1860 75th Str #2R
Brooklyn, NY 11204-5711

Kuras Stanislaw
297 Eckford Street #2L
Brooklyn, NY 11222-2319

Kuras Stanislaw
297 Eckford Street
#2L Brooklyn, NY 11222-2319

Kutyla Marcin
1274 64th Street Apt#AB
Brooklyn, NY 11219-5353

Lech S Kunikowski
c/o Joseph & Norinsberg
225 Broadway, Ste 2700
New York, NY 10007-3082

Lenoble Lumber
38-20 Review Avenue
Long Island City, NY 11101-2004

Lenoble Lumber
c/o City Marshal Bienstock
36-35 Bell Boulevard
Bayside, NY 11361-2167

Leszek Tarnawski
c/o Robert Wisniewski
17 State Street, Ste 820
New York, NY 10004-1508

Lewis Brisbois
633 W5th Street
Suite 4000
Los Angeles, CA 90071-2074

Lewis Brisbois Bisgaard & Smith, LLP
633 West 5th Street, Suite 4000
LOS ANGELES, CA 90071-2074

Lipski Robert
627 Humboldt Street
Brooklyn, NY 11222-4104

Luis Patricio Rodgriez Sepa
c/o Joseph & Norinsberg
225 Broadway, Ste 2700
New York, NY 10007-3082

Marcin Kutyla
c/o Joseph & Norinsberg
225 Broadway, Ste 2700
New York, NY 10007-3082

Marek Pomaski
c/o Joseph & Norinsberg
225 Broadway, Ste 2700
New York, NY 10007-3082

Marek Wojdat
c/o Robert Wisniewski
17 State Street, Ste 820
New York, NY 10004-1508

Maria A. Chomnalez
179 E 71st Street
New York, NY 10021-4322

Maria A. Chomnalez
c/o Kennedy Berg, LLP
401 Broadway
Suite 1900
New York, NY 10013-3017

Marian Eromelc
c/o Robert Wisniewski
17 State Street. Ste 820
New York, NY 10004-1508

Marian Fromelc
c/o Robert Wisniewski P.C.
17 State State Street, Suite 802
New York, NY 10004

Mariusz Tarnawski
c/o Robert Wisniewski
17 State Street, Ste 820
New York, NY 10004

Mariusz Tarnawski, Miroslaw Tarnacki,
Jerzy Pelc, Marian Fromelc, Leszek
Tarnawski, Marek Wojdat, Cezary Sawicki
c/o Robert Wisniewski P.C.
17 State Street, Suite 820
New York, NY 10004-1508

Marly Building
858 Meeker Ave
Brooklyn, NY 11222-4508

Menkos Corp
dba Gleason Paints
65-01 Roosevelt Ave
Woodside, NY 11377-2927

Menkos Corp
dba Gleason Paints 65-01 Roosevelt Ave
Woodside, NY 11377

Menkos Corp dba Gleason
c/o Camin & Gronich PLLC
105 Maxess Rd, Ste 124
Melville, NY 11747-3821

Menkos Corp dba Gleason
c/o City Marshal
Martin Bienstock
36-35 Bell Blvd
Bayside, NY 11361-2097

Menkos Corp dba Gleason
c/o Krane Law
7600 Jericho Tpke
Ste 300
Woodbury, NY 11797-1705

Menkos Corp.
c/o R.H.K. Recovery Group, Inc.
1670 Old Country Road, Suite 202
Plainview, NY 11803-5020

Menkos Corp./ Gleason
64-01 Roosevelt Avenue
Woodside, NY 11377-3643

Michael Gilson and Joan McPhee
c/o Smith Carroad Levy Wan & Parikh, P.C
5036
Commack, NY 11725

Miroslaw Tarnacki
c/o Robert Wisniewski
17 State Street, Ste 820
New York, NY 10004-1508

Modern Sprinkler
50 Middland Ave
Hicksville, NY 11801-1531

Mr. Chimney
529 Rocland Ave
Mamaroneck, NY 10543-2222

Mr. T Carting Corp.
7310 Edsall Ave
Ridgewood, NY 11385-8220

Mr.T Carting
7310 Edsall Ave
Ridgewood, NY 11 11385-8220

N.Y. State Department of Labor
Seth Kupferberg, Asst. Atty. Gen.
Office of the Attorney General, Labor Bu
28 Liberty Street
New York, New York 10005-1400

NOWWO Ltd
80 Anthony St
Brooklyn, NY 11222-5329

NOWWO Ltd
c/o City Marshal
Martin Bienstock
36-35 Bell Blvd
Bayside, NY 11361-2097

| | | |
|---|---|---|
| NOWWO Ltd<br>c/o Murrary S Lubitz Esq<br>245 Main Street<br>White Plains, NY 10601-2411 | NYC Deparment of<br>Environmental Protection<br>89-17 Junction Blvd<br>Elmhurst, NY 11373 | NYC Department of Environmental Protection<br>89-17 Junction Blvd<br>Elmhurst, NY 11373 |
| NYC Dept of Finance<br>59 Maiden Lane<br>28th Floor<br>New York, NY 10038-4502 | NYC Dept of Finance<br>Office of Legal Affairs<br>375 Pearle St, 30th FL<br>New York, NY 10038-1442 | NYC Water Board<br>Andrew Rettig<br>Assistant Counsel<br>59-17 Junction Blvd, 13th Floor<br>Elmhurst, NY 11373-5188 |
| NYS Department of Labor<br>Division of Labor Standards - IPCS<br>Building 12, Room 266A<br>State Office Building Campus<br>Albany, NY 12240-0001 | NYS Department of Labor<br>attn: Seth Kupfer berg Esq<br>c/o Office of Atty Genera<br>28 Liberty Street<br>New York, NY 10005-1400 | NYS Dept of DTF<br>Office of Atty General<br>Attn: Enid Stuart Esq<br>28 Liberty St, 17th Fl<br>New York, NY 10005-1495 |
| NYS Dept of Labor<br>State Campus Office<br>Building 12, Rm 508<br>Albany, NY 12240-0001 | NYS Dept of Labor<br>c/o NYS Atty General<br>28 Liberty St<br>New York, NY 10005-1400 | NYS Dept. of Labor<br>STATE CAMPUS BLDG 12 RM 256<br>ALBANY, NY 12240-0001 |
| NYS Environmental<br>Control Board<br>66 John Street #10<br>New York, NY 10038-3772 | Nationaf Grid<br>Accounts Processing KEDLI<br>One Metro Tech Center<br>Brooklyn, NY 11201-3948 | New York City Department of Finance<br>375 Pearl Street, 27th Floor<br>New York, NY 10038-1441 |
| New York City Water Board<br>Dept. of Environmental Pr<br>59-17 Junction Blvd., Ban<br>13th Eloor<br>Elmhurst. NY 11373-5108 | New York State<br>Department of Labor<br>Claim Service<br>PO Box 611<br>Albany, NY 12201-0611 | New York State DTF<br>Bankruptcy Unit - TCD<br>Building 8 Room 455<br>WA Harriman State Campus<br>Albany, NY 12205 |
| New York State DTF<br>P O Box 5300<br>Albany, NY 12205-0300 | New York State DTF<br>c/o NYS Atty General<br>28 Liberty Street<br>New York, NY 10005-1400 | New York State Department of Labor<br>c/o Seth Kupferberg, Esq.<br>Office of the Attorney General<br>28 Liberty Street<br>New York, New York 10005-1400 |
| New York State Department of Taxation & Fina<br>Bankruptcy Section<br>P O BOX 5300<br>Albany New York 12205-0300 | Office of the<br>Attorney General<br>28 Liberty Street<br>New York, NY 10005-1400 | Office of the United States Trustee<br>Eastern District of NY (Brooklyn Office)<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014-4811 |
| PAYOMATIC<br>PO BOX 313430<br>Jamaica, NY 11431-3430 | Paterek Lukasz<br>2125 Amory Ct.<br>Ridgewood, NY 11385-1212 | Paterek Lukasz<br>c/o Joseph & Norinsberg<br>225 Broadway, Ste 2700<br>New York, NY 10007-3082 |
| Pedro Chomnalz<br>aka Pedro Chomnalez<br>179 E 71st Street<br>New York, NY 10021-4322 | Pedro Chomnalz<br>c/o Kennedy Berg, LLP<br>401 Broadway<br>Suite 1900<br>New York, NY 10013-3017 | Pelc Jerzy Stanislaw<br>50-18 Eresh Pond Road<br>Maspeth, NY 11378 |

Peter Furtkevic
c/o Joseph & Norinsberg
225 Broadway, Ste 2700
New York, NY 10007-3082

Piatek Wacfaw
8817 Bay Parkway #1E
Brooklyn, NY 11214-5619

Piatek Waclaw
8817 Bay Parkway #1E
Brooklyn, NY 11214-5644

Pieczykolan Mariusz
c/o Joseph & Norinsberg
225 Broadway, Ste 2700
New York, NY 10007-3082

Pomaski Marek
17-01 Stephen St
Ridgewood, NY 11385-5347

Poweska Tomasz
61 Hausman St
Brooklyn, NY 11222-4503

Prisciliano F Guzman
47-50 46th Street, #3B
Woodside, NY 11377-6552

Prisciliano F Guzman
c/o Joseph & Norinsberg
225 Broadway, Ste 2700
New York, NY 10007-3082

Pullutaci Raul
220 Suydam St
Brooklyn, NY 11237-3106

Quill
PO Box 37600
Philadelphia, PA 19101-0600

Quick Containers
340 Beach 89th Street
Far Rockaway, NY 11693-1409

Ramocki Jan
1724 62nd Street
Brooklyn, NY 11204-2834

Ready Refresh
Poland Spring
PO Box 856192
Louisville, KY 40285-6192

Richeliu
7021 Sterling Ponds Blvd
Sterling Heights, MI 48312-5809

Rivera Nelson
229 Starr St #L1
Brooklyn, NY 11237-2607

Robert I. Elan, Esq.
14 Vanderventer Avenue
Port Washington, NY 11050-3737

Robert Lipski
c/o Joseph & Norinsberg
225 Broadway, Ste 2700
New York, NY 10007-3082

Robert Sadowski
c/o Joseph & Norinsberg
225 Broadway, Ste 2700
New York, NY 10007-3082

Rodriguez Patricio
21-103 52th Ave
Corona, NY 11368

Roman Jeglinski
c/o Joseph & Norinberg
225 Broadway, Ste 2700
New York, NY 10007-3082

Rosenzwaig Lumber
801 East 135 St
Bronx, NY 10454-3583

Rosenzweig Lumber Corp
c/o Levy, Davis & Maher
39 Broadway, Suite 1920
New York, NY 10006-3071

Sadowski Robert
1349 40th Apt#2
Brooklyn, NY 11218-3503

Salatiel E.C. Fasten
c/o Joseph & Norinsberg
225 Broadway, Ste 2700
New York, NY 10007-3082

Samuel G Juarez
c/o Joseph & Norinsberg
225 Broadway, Ste 2700
New York, NY 10007-3082

Samuel Galindo
c/o Joseph & Norinsberg
225 Broadway, Ste 2700
New York, NY 10007-3082

Segundo Oswaldo
37-66 101 Street, #2FL
Corona, NY 11368-1845

Segundo R.P. Toasa
c/o Joseph & Norinsberg
225 Broadway, Ste 2700
New York, NY 10007-3082

Seth Kupferberq
Assistant Atty General
28 Liberty Street
New York, NY 10005-1400

Siewarga Henryk
73 North Henry Str, #1C
Brooklyn, NY 11222-5194

| | | |
|---|---|---|
| Signature Bank<br>565 Fifth Ave<br>New York, NY 10017-2496 | Signature Bank<br>c/o Kriss & Feuerstein<br>360 Lexington Avenue<br>Suite 1200<br>New York, NY 10017-6502 | Signature Bank Card<br>565 Eifth Ave<br>New York, NY 10017 |
| Sitarz Andrzej<br>5956 56th Ave, #3<br>Maspeth, NY 11378-2367 | Slawomir Komorowski<br>c/o Joseph & Norinsberg<br>225 Broadway, Ste 2700<br>New York, NY 10007-3082 | Smith Carroad Levy Wan & Parikh, P.C.<br>5036 Jericho Tpke<br>Commack, NY 11725-2812 |
| Stainislaw Kuras<br>c/o Joseph & Norinsberg<br>225 Broadway, Ste 2700<br>New York, NY 10007-3082 | Stanislaw R Siurda<br>c/o Joseph & Norinsberg<br>225 Broadway, Ste 2700<br>New York, NY 10007-3082 | Steven S. Krane, Esq. d/b/a Krane Law<br>7600 Jericho Turnpike Ste. 300<br>Woodbury, NY 11797-1705 |
| Storczynski Zbigniew<br>60-24 Bleeker St #2<br>Ridgewood, NY 11385-2009 | Szafran Edward<br>12 First Street<br>Staten Island, NY 10306-2202 | Szafraniec Ryszard<br>69-48 Juniper Blvd S<br>Middle Village, NY 11379-1732 |
| Szczubelek Wojciech<br>151-31 88th Street- apt#3G<br>Howard Beach, NY 11414 | (p)TD BANKNORTH NA<br>70 GRAY ROAD<br>FALMOUTH ME 04105-2299 | Tarnacki Miroslaw<br>66-15 69 Street, #3C<br>Middle Village, NY 11379-1745 |
| Tarnawski Leszek<br>152 Kent Street<br>Brooklyn, NY 11222-2142 | Tarnawski Mariusz<br>557 Woodword Ave Apt#3R<br>Ridgewood, NY 11385-1826 | Tarnawski Tarnacki Pelc<br>Fromelc Wojdat & Sawicki<br>c/o Robert Wisinewski Esq<br>17 State St, Ste 820<br>New York, NY 10004-1508 |
| The Volakos Law Firm<br>120 Bay Ridge Ave<br>Brooklyn, NY 11220-5053 | Toyota Financial Service<br>PO Box 5855<br>Carol Stream, IL 60197-5855 | Toyota Lease Trust<br>c/o Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 |
| Uline<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158-3686 | W.B. Mason<br>59 Centre St<br>Brockton, MA 02301-4014 | W.W. Grainger<br>58-45 Grand Ave<br>Maspeth, NY 11378-3299 |
| WB MASON CO INC<br>59 Centre ST<br>Brockton MA 02301-4014<br>, | Waclaw Piatek<br>c/o Joseph & Norinsberg<br>225 Broadway, Ste 2700<br>New York, NY 10007-3082 | Wojdat Marek<br>7258 61th Street<br>Ridgewood, NY 11385-6114 |
| Workers Comp Board<br>328 State Street<br>Schenectady, NY 12305-3200 | Workers Comp Board<br>One Pierrepont Plaza<br>300 Cadman Plaza, West 5th Floor<br>Brooklyn, NY 11201-3228 | Workers Comp. Board<br>c/o James R.McGinn, Esq.<br>328 State Street<br>Schenectady, NY 12305-3200 |

| | | |
|---|---|---|
| Worth Capital Markets<br>45 Rockefeller Plaza<br>20th Floor<br>New York, NY 10111-3193 | Zaremba Miroslaw<br>6350 Wetherole Str, #3E<br>Rego Park, NY 11374-2916 | Zawadzki Robert<br>53 Willow Pl.<br>Albertson, NY 11507-1435 |
| Zawojski Krzysztof<br>148 S 7th Street<br>Bethpage, NY 11714-2447 | Zbigniew Storczynski<br>c/o Joseph & Norinsberg<br>225 Broadway, Ste 2700<br>New York, NY 10007-3082 | Zdzislaw Daniec<br>c/o Joseph & Norinsberg<br>225 Broadway, Ste 2700<br>New York, NY 10007-3082 |
| Cezary Sawicki<br>c/o Robert Wisniewski P.C.<br>17 State Street<br>Suite 820<br>New York, NY 10004-1508 | Jerzy Pelc<br>c/o Robert Wisniewski P.C.<br>17 State Street<br>Suite 820<br>New York, NY 10004-1508 | Leszek Tarnawski<br>c/o Robert Wisniewski P.C.<br>17 State Street<br>Suite 820<br>New York, NY 10004-1508 |
| Marek Wojdat<br>c/o Robert Wisniewski P.C.<br>17 State Street<br>Suite 820<br>New York, NY 10004-1508 | Marian Fromelc<br>c/o Robert Wisniewski<br>17 State Street<br>Suite 820<br>New York, NY 10004-1508 | Mariusz Tarnawski<br>c/o Robert Wisniewski P.C.<br>17 State Street<br>Suite 820<br>New York, NY 10004-1508 |
| Miroslaw Tarnacki<br>c/o Robert Wisniewski P.C.<br>17 State Street<br>Suite 820<br>New York, NY 10004-1508 | | |