UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

In re:  Chapter 11

    ZEN RESTORATION INC.,  Case No. 22-40809-nhl

            Debtor.

-------------------------------------------------------------------x

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

**WHEREAS**, by Notice of Motion dated November 16, 2022, Greenpoint Mixed Use LLC ("Greenpoint"), by its attorneys, Jaspan Schlesinger Narendran LLP, moved this Court for an order granting it relief from the automatic stay pursuant to Section 362(d) of the United States Bankruptcy Code (the "Motion"); and

**WHEREAS**, by Objection filed on December 6, 2022, Debtor, Zen Restoration, Inc. ("Debtor") opposed the Motion; and

**WHEREAS**, Greenpoint filed its Reply on December 9, 2022; and

**WHEREAS**, after a hearing and due deliberation having been had at a hearing held on December 13, 2022, at which Michael Farina, Esq. (Counsel to Debtor), Bernard Sobus (Debtor's Principal), Christopher D. Palmieri, Esq. (Counsel to Greenpoint); Rachel Wolf, Esq. (Office of the United States Trustee), and Enid Nagler Stuart, Esq. (Counsel to NYS Department of Taxation) appeared, the Court is of the opinion that the relief prayed for in the Motion should be granted;

**NOW, THEREFORE, IT IS HEREBY**

**ORDERED**, that the automatic stay pursuant to Section 362 of the United States Bankruptcy Code is hereby vacated pursuant to Section 362(d) thereof to permit Greenpoint Mixed Use LLC to pursue all of its rights under applicable state law with respect to the foreclosure action

pending in the Supreme Court of the State of New York, County of Kings Index No. 514946/2019 (the "Action"); and it is further

**ORDERED,** that while this bankruptcy case is open, Greenpoint shall not commence any proceedings to evict Debtor from the real properties located at 273 Russell Street, Brooklyn, New York (Block 2605, Lot 30) and 330 Calyer Street, Brooklyn, New York (Block: 2605, Lot: 17) without further leave of this Court.



Dated: February 20, 2023
Brooklyn, New York

_____
Nancy Hershey Lord
United States Bankruptcy Judge